◆AO 245B  (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOSE GARCIA | Case Number: 12CR1345-BLM |
| | BRIDGET KENNEDY, FEDERAL DEFENDER'S INC |
| | Defendant's Attorney |

REGISTRATION NO. 30405298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) ONE OF THE SECOND (2ND) SUPERSEDING INFORMATION (MISDEMEANOR)

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1361 | DESTRUCTION OF GOVERNMENT PROPERTY (MISDEMEANOR) | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) UNDERLYING CHARGES  is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $25.00 remitted

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JUNE 19, 2012
Date of Imposition of Sentence

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

12CR1345-BLM

AO 245B    (Rev. 12/11) Judgment in Criminal Petty Case
           Sheet 2 — Imprisonment

DEFENDANT: JOSE GARCIA                                       Judgment — Page __2__ of __3__
CASE NUMBER: 12CR1345-BLM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
TIME SERVED.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                              _____
                                              UNITED STATES MARSHAL

                                         By   _____
                                              DEPUTY UNITED STATES MARSHAL

12CR1345-BLM

AO 245S   Judgment in Criminal Case
          Sheet 5 — Criminal Monetary Penalties

DEFENDANT: JOSE GARCIA
CASE NUMBER: 12CR1345-BLM

Judgment — Page   3   of   3

# RESTITUTION

The defendant shall pay restitution in the amount of _____906.00_____ unto the United States of America.

This sum shall be paid ___ immediately.
                        X   as follows:

Payable to: Customs and Border Protection (Department of Homeland Security)
        ATTN: REVENUE DIVISION
        6650 Telecom Drive
        Indianapolis, Indiana 46248

NOTE: IF THE DEFENDANT IS DEPORTED THE RESTITUTION PORTION OF THIS JUDGMENT IS VACATED.

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

X   The interest requirement is waived.

___ The interest is modified as follows:

12CR1345-BLM